United States District Court
Southern District of Texas
**ENTERED**
June 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRELLINI LUNSFORD, | § § § | CIVIL ACTION NO 4:25-cv-01204 |
| Plaintiff, | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| WILLIAM MARSH RICE UNIVERSITY, | § § § | |
| Defendant. | § | |

## ORDER

The joint discovery and case management plan has been reviewed. Dkt 12.

The initial conference set for June 11, 2025, is CANCELLED. Dkt 5.

A further status conference may be requested upon reasonable explanation by any party.

SO ORDERED.

Signed on June 10, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge